CHARLES GUNDLICH, Appellant, *v.* JOSEPH HENSLER, Respondent.

(Argued May 4, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 8, 1885, which reversed a judgment in favor of plaintiff and granted a new trial.

*Samuel Untermeyer* for appellant.

*John H. Bird* for respondent.

Agree to dismiss appeal for want of stipulation in notice of appeal for judgment absolute in case of affirmance of order.

All concur; no opinion.

Appeal dismissed.